(October 15, 2014)

■ VANESSA ISABEL ROSALES ALAS, an Infant, by Her Mother and Natural Guardian, REINA ISABEL ALAS DE ROSALES, Appellant, v BRENTWOOD HEALTH CENTER, Respondent. [993 NYS2d 518]—

In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Rebolini, J.), dated October 2, 2012, which granted the defendant's motion to dismiss the complaint for failure to serve a timely notice of claim pursuant to General Municipal Law § 50-e and denied her cross motion for leave to serve a late notice of claim.

Ordered that the order is affirmed, with costs.

The plaintiff's failure to include a proposed notice of claim with the papers in support of her cross motion was a sufficient basis for denying her cross motion for leave to serve a late notice of claim (*see* General Municipal Law § 50-e [7]; *Matter of Scott v Huntington Union Free School Dist.*, 29 AD3d 1010, 1010 [2006]). Moreover, the plaintiff failed to demonstrate grounds for granting leave to serve a late notice of claim (*see Rowe v Nassau Health Care Corp.*, 57 AD3d 961, 963 [2008]; *Williams v Nassau County Med. Ctr.*, 13 AD3d 363, 364 [2004], *affd* 6 NY3d 531 [2006]). Accordingly, the Supreme Court properly granted the defendant's motion to dismiss the complaint for failure to serve a timely notice of claim pursuant to General Municipal Law § 50-e, and properly denied the plaintiff's cross motion for leave to serve a late notice of claim. Dillon, J.P., Hall, Austin and Barros, JJ., concur.